# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE DISTRICT OF SOUTH CAROLINA
# CHARLESTON DIVISION

| | |
|---|---|
| Stanley Simmons,<br><br>     *Plaintiff*,<br><br>  vs.<br><br>Dorchester County Detention Center; Dorchester County Sheriff L.C. Knight In His Official Capacity; South Carolina Commission on Indigent Defense and Office of Indigent Defense; Summerville Police Department; and, John Does 1-10,<br><br>     *Defendants*. | Civil Action No. 2:19-cv-425-DCN-BM |

## PLAINTIFF'S ANSWERS TO LOCAL RULE 26.01 INTERROGATORIES

THE PLAINTIFF, above-named, by and through their undersigned Counsel of Record, hereby answers Federal Local Rule 26.01 Interrogatories as follows:

A. State the full name, address, and telephone number of all persons or legal entities who may have a subrogation interest in each claim and state the basis and extent of that interest.

  **Answer: Plaintiff is unaware of any such claim(s). To the extent necessary, Plaintiffs reserve the right to supplement their responses to this request.**

B. As to each claim, state whether it should be tried jury or non-jury and why.

  **Answer: Non-Jury. This is an action at law for damages, however, Plaintiff waives their right to a trial by jury of this matter.**

C. State whether the party submitting these responses is a publicly-owned company and separately identify: (1) any parent corporation and any publicly-held corporation owning ten percent (10%) or more of the party's stock; (2) each publicly-owned company of which it is a parent and (3) each publicly-owned company which the party owns ten percent (10%) or more of the outstanding shares.

   **Answer: No / Not applicable.**

D. State the basis for asserting the claim in the division in which it was filed (or the basis of any challenge to the appropriateness of the division).

   **Answer: The acts or omissions giving rise to the claim(s) asserted within the Complaint occurred in the Charleston Division.**

E. Is this action related in whole or in part to any other matter filed in this district, whether civil or criminal?

   **Answer: Upon information and belief, no.**

F. If the defendant is improperly identified, give the proper identification and state whether counsel will accept service of an amended summons and pleading reflecting the correct identification.

   **Answer: This interrogatory is more appropriate for the Defendant. To the extent a response from Plaintiffs is required, Plaintiffs would assert that the Defendant has been correctly named.**

G. If you contend that some other person or legal entity is, in whole or in apart, liable to you or the party asserting a claim against you in this matter, identify such person or entity and describe the basis of their liability.

   **Answer: Upon information and belief, the only party which Plaintiffs contend are liable is the named Defendant. However, Plaintiffs**

**reserve the right to supplement their response to this request if / when other liable parties may become known to Plaintiffs.**

Respectfully submitted this **13th** day of **February, 2019:**

By:

**SLOTCHIVER & SLOTCHIVER, LLP**

*/s/ Andrew J. McCumber, Esq.*
**Andrew J. McCumber, Esq.**
*Fed ID No. 11991*
751 Johnnie Dodds Blvd, Suite 100
Mount Pleasant, SC 29464
Telephone: (843) 577-6531
Facsimile: (843) 577-0261
andrew@slotchiverlaw.com

**LEEDS AVENUE LAW GROUP, LLC**

Christopher W. Burrows, Esq.
*Fed. ID No.* 12139
3740 Leeds Ave.
N. Charleston, SC 29405
P – (843) 800-0529
F – (843) 507-8774
chris@leedsave.com

**ATTORNEYS FOR THE PLAINTIFF**

Charleston, South Carolina